**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Attorney (SBN 212289)
**SCOTT MARCUS,** Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**SUREKHA A. SHEPHERD**, Deputy City Attorney (SBN 193206)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.:  (213) 978-8785
Email: Surekha.Shepherd@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKESHA R. CARTER,<br><br>PLAINTIFF,<br><br>VS.<br><br>THE CITY OF LOS ANGELES, THE LOS ANGELES POLICE DEPARTMENT, C. CARIAS AND DOES 1 to 20,<br><br>DEFENDANTS. | CASE NO.<br><br>**LASC CASE NO. 20STCV35418**<br>*[Action Filed: September 16, 2020]*<br>*[Assigned: Hon. Gregory Keosian Dept. 61]*<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATIONS OF SUREKHA A. SHEPHERD AND BOONTHIDA N. SILANANDA; AND SUPPORTING EXHIBITS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants **CITY OF LOS ANGELES** and **LOS ANGELES POLICE DEPARTMENT** ("CITY DEFENDANTS"), hereby remove this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

1

1. The CITY DEFENDANTS are named defendants in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Lakesha R. Carter v. City of Los Angeles, et al.,* Superior Court Case No. 20STCV35418. Plaintiff filed her Complaint on September 16, 2020. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Management Conference (Exhibit 5); Order to Show Cause Hearing (Exhibit 6); and Notice of Case Assignment – Unlimited Civil Case (Exhibit 7).

2. This action meets the original jurisdiction requirements of 28 USC § 1441(a) and is removable by CITY DEFENDANTS pursuant to 28 USC § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 USC § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co.,* 506 F.2d 339, 343-44 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id.* Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 USC § 1983. *See* 28 USC § 1343(a)(3). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 USC § 1331.

3. The gravamen of this action is the federal civil rights claims that appear to be asserted in the second and third causes of action of Plaintiff's Complaint.

4. State law claims also appear to be asserted in the first and fourth causes of action of Plaintiff's Complaint. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only

the federal claims but all pendent state claims "that are so related to claims in the action … that they form part of the same case or controversy...." See 28 USC § 1367(a).

5. Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on October 13, 2020, and consent to this removal. (See Declaration of Surekha A. Shepherd).

Named defendant CARLOS CARIAS has not been served with Plaintiff's Complaint and therefore does not need to consent to this removal. (See Declarations of Surekha A. Shepherd and Boonthida N. Silananda).

6. Further, other than those persons identified above and the persons identified in the caption as "DOES 1 to 20" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed. (See Declaration of Surekha A. Shepherd).

7. The Notice of Removal is filed with this Court within 30 days after Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on October 13, 2020. (See Declaration of Surekha A. Shepherd).

8. The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

///
///
///
///
///
///
///

3

1  WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

Dated:   November 12, 2020   Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Attorney
**SCOTT MARCUS**, Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _/S/ *Surekha A. Shepherd*_____
     **SUREKHA A. SHEPHERD**, Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

# DECLARATION OF SUREKHA A. SHEPHERD

I, SUREKHA A. SHEPHERD, do hereby declare that I have personal knowledge of the facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT in the case of *Lakesha R. Carter v. City of Los Angeles, et al.,* Superior Court Case No. 20STCV35418, now pending in the Los Angeles Superior Court.

2. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Management Conference (Exhibit 5); Order to Show Cause Hearing (Exhibit 6); and Notice of Case Assignment – Unlimited Civil Case (Exhibit 7).

3. Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on October 13, 2020, and consent to this removal. Attached hereto, respectively, as Exhibits 8 and 9 are true and correct copies of the Summons served on Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT.

4. Named defendant CARLOS CARIAS has not been served with Plaintiff's Complaint and therefore does not need to consent to this removal. (See Declaration of Boonthida N. Silananda).

5. Further, other than those persons identified above and the persons identified in the caption as "DOES 1 to 20" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

6. The Notice of Removal is filed with this Court within 30 days after Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on October 13, 2020.

7. This Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2020, at Los Angeles, California.


\_\_\_/S/ *Surekha A. Shepherd*\_\_\_
SUREKHA A. SHEPHERD, Declarant

## DECLARATION OF BOONTHIDA N. SILANANDA

I, BOONTHIDA N. SILANANDA, do hereby declare that I have personal knowledge of the facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1. I am a Certified Litigation Paralegal for the City of Los Angeles. In that capacity, I have been assigned to assist Deputy City Attorney Surekha A. Shepherd in representing Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT in the case of *Lakesha R. Carter v. City of Los Angeles, et al.,* Superior Court Case No. 20STCV35418, now pending in the Los Angeles Superior Court.

2. On November 12, 2020, I contacted named defendant Carlos Carias, who advised me that, as of this date, he has not been served with Plaintiff's Complaint.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2020, at Los Angeles, California.

                         ___/S/ *Boonthida N. Silananda*___
                         BOONTHIDA N. SILANANDA, Declarant

# PROOF OF SERVICE

I, MARGARIT AVESYAN, declare:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On November 12, 2020, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATIONS OF SUREKHA A. SHEPHERD AND BOONTHIDA N. SILANANDA; AND SUPPORTING EXHIBITS** on the interested parties as listed below:

**Attorney for Plaintiff:**
David E. Lewis Sr.,
LAW OFFICE OF DAVID E. LEWIS SR.
112 SHOPPERS LANE
COVINA, CA 91723
Tel: (626) 339-3390
Fax: (626) 339-3398

I served a true copy of the document(s) described above by**:**

[**X**] **BY UNITED STATES MAIL:**
[**X**] I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this November 12, 2020, at Los Angeles, California.

/s/ *Margarit Avesyan*
MARGARIT AVESYAN